**Electronically Filed**
**Supreme Court**
**SCWC-12-0000661**
**19-MAY-2016**
**12:13 PM**

SCWC-12-0000661

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF INTERNATIONAL UNION OF PAINTERS AND ALLIED
TRADES, PAINTERS LOCAL UNION 1791, AFL-CIO,
Petitioner/Union-Appellee,

vs.

ENDO PAINTING SERVICE, INC. (2011-016),
Respondent/Employer-Appellant.
(SCWC-12-0000661; CAAP-12-0000661; S.P. NO. 12-1-0250)

------------------------------------------------------------------

IN THE MATTER OF INTERNATIONAL UNION OF PAINTERS AND ALLIED
TRADES, PAINTERS LOCAL UNION 1791, ALF-CIO,
Petitioner/Union-Appellee,

vs.

ENDO PAINTING SERVICE, INC. (2011-016),
Respondent/Employer-Appellant.
(SCWC-12-0001094; CAAP-12-0001094; S.P. NO. 12-1-0250)

------------------------------------------------------------------

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, PAINTERS
LOCAL UNION 1791, ALF-CIO,
Petitioner/Union-Appellant,

vs.

ENDO PAINTING SERVICE, INC. (2011-016),
Respondent/Employer-Appellee.
(SCWC-13-0000187; CAAP-13-0000187; S.P. NO. 12-1-0250)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner International Union of Painters and Allied Trades, Painters Local Union 1791, AFL-CIO's Application for Writ of Certiorari, filed on April 8, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 19, 2016.

| | |
|---|---|
| Herbert R. Takahashi and Rebecca L. Covert for petitioner | /s/ Mark E. Recktenwald<br>/s/ Paula A. Nakayama |
| Cid H. Inouye and Kristi L. Arakaki for respondent | /s/ Sabrina S. McKenna<br>/s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |



2